UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

LUIS RAUL GONZALEZ-PARDO
RODRIGUEZ

CASE NO.  3:25-cr-232- WWB-SJH
18 U.S.C. § 1546(a)
(Fraud and Misuse of Visa,
Permits, and Other
Documents)
18 U.S.C. § 1001(a)(2)
(False Statement to a Federal
Agency)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Fraud and Misuse of Visa, Permits, and Other Documents)

On or about April 20, 2025, in the Middle District of Florida, and elsewhere, the defendant,

LUIS RAUL GONZALEZ-PARDO RODRIGUEZ,

under penalty of perjury, did knowingly present and cause to be presented to the Department of Homeland Security, U.S. Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which application contained a false statement with respect to a material fact, that is, a Form I-485 Application to Register Permanent Residence or Adjust Status, in which the defendant falsely stated:

a. he had never received any weapons training or other military-type training, when, in truth and in fact, and as the defendant then and there well knew, the defendant had received weapons training or other military-type training as a member of the Cuban Revolutionary Air and Air Defense Force;

b. he had never been a member of, assisted, or participated in any group, unit, or organization of any kind in which he or other persons used any type of weapon against any person or threatened to do so, when, in truth and in fact, and as the defendant then and there well knew, the defendant had been a member of, assisted, and participated in the Cuban Revolutionary Air and Air Defense Force, which organization used weapons against persons and threatened to do so;

c. he had never served in, been a member of, assisted, helped, or participated in any military or police unit, when, in truth and in fact, and as the defendant then and there well knew, the defendant had served in, been a member of, assisted, helped, and participated in the Cuban Revolutionary Air and Air Defense Force from in or around 1980 through in or around 2009, as depicted below; and

d.    he had never lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, when, in truth and in fact, and as the defendant then and there well knew, the defendant previously lied, concealed, and misrepresented information on a visa application dated May 3, 2017, in which the defendant stated that he had never served in the military.

In violation of 18 U.S.C. §§ 1546(a) and 2.

## COUNT TWO
### (False Statement to a Federal Agency)

On or about April 20, 2025, in the Middle District of Florida, and elsewhere, the defendant,

LUIS RAUL GONZALEZ-PARDO RODRIGUEZ,

did knowingly and willfully make a materially false, fictitious, and fraudulent

3

statement and representation in a matter within the jurisdiction of the U.S. Department of Homeland Security, Citizenship and Immigration Services, an agency of the executive branch of the United States Government, that is, in a Form I-485 Application to Register Permanent Residence or Adjust Status, the defendant falsely stated:

a.      he had never received any weapons training or other military-type training, when, in truth and in fact, and as the defendant then and there well knew, the defendant had received weapons training or other military-type training as a member of the Cuban Revolutionary Air and Air Defense Force;

b.      he had never been a member of, assisted, or participated in any group, unit, or organization of any kind in which he or other persons used any type of weapon against any person or threatened to do so, when, in truth and in fact, and as the defendant then and there well knew, the defendant had been a member of, assisted, and participated in the Cuban Revolutionary Air and Air Defense Force, which organization used weapons against persons and threatened to do so;

c.      he had never served in, been a member of, assisted, helped, or participated in any military or police unit, when, in truth and in fact, and as the defendant then and there well knew, the defendant had served in, been a member of, assisted, helped, and participated in the Cuban Revolutionary Air and Air Defense Force from in or around 1980 through in or around 2009; and

d.      he had never lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, when, in truth and in fact, and as the

defendant then and there well knew, the defendant previously lied, concealed, and misrepresented information on a visa application dated May 3, 2017.

In violation of 18 U.S.C. §§ 1001(a)(2) and 2.

## FORFEITURE

1. The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1546, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

    a.    Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

    b.    Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

    c.    Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _Kelly S. Miller for Abbie D. Waxman_

ABBIE D. WAXMAN
Special Assistant United States Attorney

By: _Kelly S. Milliron_

KELLY S. MILLIRON
Assistant United States Attorney

By: _____

DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security

6

FORM OBD-34
11/5/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## LUIS RAUL GONZALEZ-PARDO RODRIGUEZ

### INDICTMENT

Violations:   18 USC §§ 1546(a) & 2
18 USC §§ 1001(a)(2) & 2

A true bill,

███████████████████

Filed in open court this __6th__ day

of November 2025,

_____
Clerk

Bail   $_____

GPO 863 525