# EXHIBIT A

Daniel Lazaro Salazar Vazquez                                03/20/2026



Honorable Judge Wendy Berger,

My name is Daniel Lazaro Salazar Vazquez. I am 26 years old and the son-in-law of the defendant, Luis Raul Gonzalez-Pardo Rodriguez. I graduated with a degree in Computer Engineering in 2021. I decided to come to this country for many reasons: first and most importantly, to support and be with my wife, Shania Gonzalez-Pardo Mesa. We have been married since February 2, 2023, and have been together since 2016. I also came to the United States because this country offers many more opportunities for growth than Cuba and an economic stability that allows me to take care of my wife and family.

My father-in-law, Luis Raul Gonzalez-Pardo, has been like a second father to me here, especially since I was unable to come with my own family. During the time we have lived together, he taught me many things I needed to learn to become more independent. He was the one who taught me how to drive and maintain a car; he was very patient, and thanks to him, I was able to go to work without depending on anyone else. He has always treated me with great affection since the day we met. He never made me feel like an outsider; on the contrary, whenever he found a common interest, such as technology, he would ask me about it, and we would share our opinions. I have deep respect for Luis Raúl González-Pardo. I have seen up close how much his family and friends appreciate him. He is a man who has taught me, like my father, the importance of protecting and keeping the family united.

Esteemed Judge Berger, I fully respect the legal process concerning my father-in-law. I respectfully ask that the Court consider this letter to understand the affection and the positive influence that Luis Raúl González-Pardo has had on his family. His care and dedication to protecting and keeping the family united have been deeply meaningful to all of us.

Thank you for your attention and consideration.

Respectfully,

Daniel Lazaro Salazar Vazquez

Jose Enrique Perez



April 3, 2026

Honorable Judge Wendy Berger:

I address you with the greatest respect to share my perspective on the character of Luis Raul Gonzalez-Pardo Rodriguez, whom I have known since 1972, when we both entered middle school and later continued our studies together in high school.

Over more than five decades of friendship and close knowledge, I can state with full conviction that Luis Raul is a person of solid values, firm principles, and a deep sense of family responsibility. He has always been a respectful, hardworking man committed to those around him.

From a young age, Luis Raul has distinguished himself by his noble character and his willingness to help others. However, what stands out most in him is his absolute dedication to his family. He has been, and continues to be, a fundamental pillar for his loved ones, always prioritizing their well-being above his own. His life has been marked by a constant effort to provide for, support, and guide his family with love and responsibility. The respect and affection that his family has for him is, in my opinion, the clearest reflection of the person he is.

Personally, I would like to share an experience that clearly reflects his way of being. In December 2014, I traveled to Cuba to attend a reunion of our secondary school; it was the first time I had seen Luis Raul since the end of the 1970s. Despite the time that had passed, he received my wife —who is from Latvia— and me with open arms, as if no time had passed. During our stay we shared very pleasant moments, but what struck me most was his willingness to help even in unforeseen situations. Upon returning to Miami, my wife lost her entry document, which could have created a complicated situation. Luis Raul, with his characteristic spirit of service, stepped in and made all the necessary arrangements at the airport to ensure that everything was resolved without complications, allowing my wife to travel without any delays or difficulties. This episode, simple as it was, reflects his solidarity, his sense of responsibility, and his genuine desire to help others.

Throughout all these years, I have never known him as someone conflictive or dishonest. On the contrary, he has always demonstrated integrity, humility, and a positive attitude in the face of difficulties.

I understand that Luis Raul is facing a serious situation before the law today. However, with the deep knowledge I have of his character over so many years, I am convinced that this moment does not define the person he truly is.

For all of the above, I respectfully request that you consider these personal qualities when evaluating his case. Luis Raul is a valuable person to his family and his community, and I trust that he will continue being a positive contribution in the future.

I deeply appreciate your time and consideration.

Respectfully,

_Jose E Perez_
_____
Jose Enrique Perez

Laura Cabrera Alvarez                                          03/16/2026

████████████████████████████

████████████████████

Honorable Judge Wendy Berger:

My name is Laura Cabrera Alvarez, and I have been living in the United States for the past ten years. During this time, I completed high school and continued my education while working and doing my best to take advantage of the opportunities this country has given me. I am grateful for the chance to build my life here and to be able to help support my family.

I am the sister of Luis Raul Gonzalez-Pardo's eldest daughter Claudia Gonzalez-Pardo Alvarez, and because of this connection I have known him since I was born. Although he did not live in the same household as me, I grew up seeing how present he was in his daughter's life. I remember how often he visited her and how much he cared about making sure she was safe and supported.

When I was younger, I also saw him as a father figure who always treated me with kindness and affection. Whenever we spent time together, he never made a difference between his daughter and me. He always showed the same care and respect toward both of us, and those moments are memories I still carry with me today.

Throughout the years, I have also seen the efforts he has made to work hard and support his family. Even after moving to the United States, he has continued trying to help his loved ones and remain present in the lives of those who care about him.

Your Honor, I understand that the Court must carefully consider the circumstances of this case, and I deeply respect the judicial process. I respectfully ask that you please take into consideration his character and the role he has always tried to play in his family.


Thank you very much for your time and consideration.

Respectfully,

Laura Cabrera Alvarez

Marizeida Gonzalez-Pardo Rodriguez                                              04/01/2026

████████████████████████████████████████████████████

████████████

████████████████████████

████████████████████████████

Honorable Judge Wendy Berger:

My name is Marizeida Gonzalez-Pardo Rodriguez. I am 64 years old and I live in Cuba. Our paths have been crossed because of the matter concerning the detainee Luis Raúl Gonzalez-Pardo Rodriguez, who is my older brother and whom you have come to know under certain circumstances. I respectfully ask for your kindness in allowing me to express what I feel.

We are a large family of five siblings who form a close circle, and that bond has been maintained thanks to my brother. In difficult moments of my life, when I suffered several losses, he made me feel loved and secure; he is the father that we all deserve. Through his actions and sacrifices he has protected and provided for this family. As you may know, Cuba is not an easy country to live in, especially for a single mother with many children. Despite everything, food was never lacking on our table, and that was thanks to my dear mother and my brother. From a very young age my brother has had to travel alone to different parts of the world, having to make his own decisions—some of which were not correct—but he has always managed to find his way back, and that is what he teaches us every day of our lives. As a father he has guided his daughters with wisdom; both are professionals and hardworking, both maintain a close relationship with their father, and he was one of the reasons that led them to immigrate to the United States. We are a very close family; our desire has always been to stay together and to support our children, so they grow and do not repeat our same mistakes.

Honorable Judge Wendy Berger, I deeply appreciate your time and the opportunity to express myself. I hope the Court take this letter into consideration when making a decision in my brother's case.

Thank you again.

Sincerely,
Marizeida Gonzalez-Pardo.

Yolanda Gonzalez-Pardo Rodriguez                           03/26/2026



Honorable Judge Wendy Berger:

My name is Yolanda Gonzalez-Pardo. I am one of the three sisters of Luis Raúl Gonzalez-Pardo Rodriguez. I arrived in this country on 12/25/2005 and became an American citizen in 2014. Since coming to the United States of America, I have consistently worked and studied in order to improve myself. I am currently employed at San Mar Corporation.

My brother has always been an example for my siblings and me. As the oldest of us, he educated and cared for us like another father. He sacrificed his childhood for the sake of our family, helping our dear mother, Zeida Rodriguez, who was frequently ill and died of severe aplastic anemia at a relatively young age. Since our mother's death, my brother has become the pillar of our family, always attentive to our needs and well-being.

I have many memories with my brother, but the most recent was when he lived here with me in Jacksonville. When you immigrate to another country, over time you sometimes forget how fortunate you are to have left a dictatorship. My brother was in the car with me and asked why I did not play music on the way to work. I told him I had lost the habit and was very tired from work. He then put on music and told me to live life with joy — that I had my health, that my family was well, and that little by little we had all managed to leave Cuba and would soon be reunited. My brother has always been beloved by our family; he is the ray of sunshine for all of us and always reminds us of what is truly important.

Honorable Judge Wendy Berger, I fully understand the charges against my brother, and I respect any decision the Court may make in his case. I humbly ask that the Court consider this letter when evaluating his possible sentence.

Thank you very much for your time and consideration.

Sincerely,
Yolanda Gonzalez-Pardo Rodriguez.

**Leida González Pardo**



March 16, 2026

**The Honorable Judge Wendy Berger**

Your Honor,

My name is Leida González Pardo. I am 60 years old, and I became a naturalized citizen of the United States in 2020 after immigrating here on June 1, 2013. I respectfully write to you as the younger sister of **Luis Raúl González-Pardo Rodríguez** to share with the Court who my brother truly is and what his presence has meant in the lives of those who love him.

We are five siblings who grew up in a close and humble family. When our parents divorced while we were still very young, my brother stepped into a role that was far greater than simply being the oldest sibling. For me, he became a guide, a protector, and often the closest thing I had to a father figure. Throughout my life he has been someone I could depend on in moments of uncertainty, difficulty, and need.

My brother has always been the person in our family who quietly carried responsibility for others. He has never been someone who sought recognition, but rather someone who showed his character through his actions—through work, through sacrifice, and through the way he cared for those around him.

For my children he has been far more than an uncle. He has been an example of perseverance and encouragement. My son, who is now 24 years old, grew up under my brother's guidance and support. From the time he was young, my brother encouraged him to pursue education and to believe that through effort and discipline he could build a future. Inspired by that encouragement, my son followed a career in aviation and today works as an aviation technician and line inspector for the French aerospace company Safran. Our entire family is proud of him, and my brother's encouragement helped shape that path.

When my brother came to the United States with his daughter, he arrived with the same values he has always carried: responsibility, dignity, and the determination to work honestly. Like so many immigrants who come to this country seeking opportunity, he tried to build a better life through hard work and perseverance. His focus has always been on providing for his daughter and maintaining the values that our family was raised with—respect, responsibility, and love for family.

He also holds a very special place in the hearts of my grandchildren. They lovingly call him **"Tío Pipo."** To them he represents patience, kindness, and warmth. They run to him when they see him, and they trust him the way children trust someone who has always shown them love and protection. His presence in their lives has been a source of joy and stability.

Your Honor, I understand and deeply respect the seriousness of the legal process before this Court. I do not presume to speak about the legal matters that are before you. I simply wish to share the human side of the man I have known my entire life.

To our family, my brother is not defined by this difficult moment. He is the person who helped raise his siblings when life was not easy. He is the uncle who encouraged the younger generation to study and succeed. He is the father who has worked to provide for his daughter. He is the man our family turns to when we need strength and guidance.

For all of us, this situation has been heartbreaking. The possibility of losing his presence in our lives has created deep pain and uncertainty for our family, especially for the younger members who look up to him with love and admiration.

With humility and respect, I ask the Court to consider not only the circumstances that bring him before you, but also the life he has lived, the family he has supported, and the many people whose lives he has positively influenced.

Thank you sincerely for taking the time to read these words and for considering the human character of the man I know as my brother.

Thank you for your time and consideration.

Respectfully,

Leida GonzálezPardo

**Manuel Cabrera Jr.**



**The Honorable Judge Wendy Berger**

Your Honor,

My name is Manuel Cabrera Jr. I am 24 years old, and I respectfully write to you as the **nephew of Luis Raúl González Pardo** to share my personal experience of the role he has played in my life.

When I was very young, my father had to leave our country and was unable to return. At that time I was only five years old. During those years of my childhood, my uncle Luis Raúl stepped in as an important father figure in my life. He was never distant from me and was always present to guide me, advise me, and encourage me to stay on the right path.

Throughout my life he constantly motivated me to study, work hard, and respect others. He always encouraged me to pursue my goals and to take my responsibilities seriously. His guidance helped shape the person I have become.

Today I am a professional aviation mechanic technician and I work for the French aerospace company Safran. I am proud of what I have achieved, and I sincerely believe that my uncle's influence played an important role in helping me reach this point in my life.

My uncle taught me the importance of honesty, discipline, and helping others. He showed me the value of treating people with respect and maintaining strong principles in life. His jovial personality and positive outlook on life influenced me greatly.

For me, Luis Raúl González Pardo has always been much more than an uncle. He has been a mentor, a guide, and a constant source of encouragement.

Your Honor, I fully understand and respect the seriousness of the proceedings before this Court. My purpose in writing is simply to share the positive influence my uncle has had on my life and the kind of man I have always known him to be.

Thank you for taking the time to read my letter.

Respectfully,

**Manuel Cabrera Jr.**



**Manuel Cabrera**

March 16, 2026

**The Honorable Judge Wendy Berger**

Your Honor,

My name is Manuel Cabrera. I respectfully write to you as the **brother-in-law of Luis Raúl González Pardo** and as someone who has known him closely within our family for many years.

Luis Raúl González Pardo is a devoted family man. He is the father of three daughters and the proud grandfather of two young granddaughters who love him deeply.

From my experience within the family, I have come to know him as a hardworking, responsible, and disciplined individual who takes his obligations seriously. He approaches life with a strong sense of duty and commitment.

I would also like to share a personal experience that reflects his character. At one point in my life, I had to leave my country and was separated from my son, who was only five years old at the time. During those years, Luis Raúl stepped forward and assumed an important fatherly role in my son's life. For approximately seven years while I was absent, he helped guide and support him with care, responsibility, and dedication.

Thanks in large part to his guidance, my son developed a strong sense of discipline, responsibility, and respect for others. Today he is a professional aviation mechanic working for the French aerospace company Safran. For the role Luis Raúl played during those important years of my son's life, I will always be deeply grateful.

At the same time, Luis Raúl has a warm and jovial personality that allows him to connect easily with others. His sincerity and kindness often turn acquaintances into lasting friendships.

Within the family he has always been someone people can rely on. He has consistently shown a willingness to help others and offer support whenever it is needed.

Your Honor, I understand and respect the seriousness of the proceedings before this Court. My intention in writing this letter is simply to share the character of Luis Raúl González Pardo as I have known him throughout the years.

Thank you for taking the time to read this letter.

Respectfully,

**Manuel Cabrera**

**Victoria Álvarez**



March 23, 2026

**The Honorable Judge Wendy Berger**

Your Honor,

My name is Victoria Álvarez. I respectfully write to you to share my personal perspective regarding **Luis Raúl González Pardo**, whom I have known for many years.

During that time, I have had the opportunity to know him closely as a friend and to share many moments with him and his family. Our families have visited each other's homes over the years, and through those experiences I have been able to see the kind of person he truly is.

Luis Raúl has always stood out to me for his warmth, kindness, and naturally jovial character. He has an easy and genuine way of connecting with people, which often turns acquaintances into lasting friendships. His openness and positive spirit allow him to build meaningful relationships with those around him.

One of the qualities that I have always admired about Luis Raúl is his willingness to help others. He has consistently shown generosity and a sincere concern for the well-being of the people around him. Whether through advice, support, or simply by being present when someone needs help, he has always demonstrated a generous and compassionate nature.

Through the years I have also seen the way he cares for his family. He has always been a devoted father, a loving grandfather, and a supportive brother. His family clearly means everything to him, and he has always tried to guide them through example, responsibility, and affection.

To those who know him, Luis Raúl González Pardo is someone who represents kindness, loyalty, and strong family values. For many in his family and among his friends, he has been someone they look up to and respect.

Your Honor, I understand and respect the seriousness of the proceedings before this Court. My intention in writing this letter is simply to share the character of Luis Raúl as I have known him over the years.

Thank you for taking the time to read my letter and for considering this perspective.

Respectfully,

**Victoria Álvarez**

Nancy Ruenes                                                                03/17/2026

█████████████████████████████████████

████████████████████

Honorable Judge Wendy Berger:

My name is Nancy Ruenes. I was born on 12/22/1940 in Cuba, I am 85 years old, and I am a citizen of the United States of America. I arrived in the United States in 1993 and after working for 10 years I retired. I am currently retired and work independently as a tax preparer.

I declare that I have known the defendant Luis Raúl Gonzalez-Pardo Rodriguez since Cuba; we have been friends for many years. I met the defendant through my son Roberto Valdivia, who is currently married to one of his sisters, Yolanda Gonzalez-Pardo. Mr. Luis Raúl Gonzalez-Pardo has built a stable family with his wife and daughters, to whom he has provided an impeccable education despite the precarious circumstances in which one lives in Cuba. I was able to visit Cuba for the first time since I came to this country in the year 2000. During my visit many acquaintances turned their backs on me because at that time they considered me a person who had betrayed her homeland, and despite the circumstances and the job held by the defendant, he visited me, shared time with me and my family, and never criticized my decision to leave Cuba. Few people at that time recognized the dictatorship that exists in Cuba. On the occasions Luis Raúl has come to visit the United States, he has always spent time with me and my family. In 2023 he arrived with humanitarian parole and has been working very hard, supporting his daughter who also came with him. While he has been here, he has given me a great deal of care: he has taken me to the doctor, to buy groceries, and provided everything I have needed, since, as an elderly person, I do not feel able to drive and he always offered to help me unconditionally.

Your Honor, I earnestly beg you to consider all of this, and I respectfully ask you to show mercy in the sentencing of Luis Raúl Gonzalez-Pardo, who came to this country to work, to help his family, and of course to assist me, for which I am very grateful. Thank you very much for your time.

Very respectfully, Nancy Ruenes

**Ohilda de la Caridad Mesa Guanche**
03/16/2026

███████████████████████████████████

**Respected Judge Wendy Berger:**

My name is Ohilda de la C. Mesa Guanche, I am 61 years old, I live in Cuba, and I am the wife of the accused Luis Raúl González-Pardo Rodríguez. We have been married for 27 years. I hold a degree in economics and spent my entire working life at a single company called Cubana de Aviación, as a parking and aircraft control technician. My husband and I share a common love for aviation. Despite my sacrifice of over forty years in this company, my retirement allows me just enough for a bottle of oil, a pound of bread, and a bag of rice. I find no better way to express my disappointment and, therefore, the necessity of my family. For this reason, despite how hard it was to separate, there was no other option but to immigrate to the United States of America.

My husband grew up in a humble and hardworking family, raised by his grandmother and mother. He was the oldest of four siblings, so from a young age he had to study and work to help his family. The profession he chose, more than a decision, was a necessity; it was a quick career with a minimally just salary to contribute to the basic needs of his home, despite being only 16 years old. He didn't speak much about this choice with his siblings because he didn't want them to feel responsible for his decision.

When my husband met me, I was a divorced woman with a small child. At that time, being a single mother was looked down upon. Despite the prejudices of the era, Luis never underestimated me and raised my daughter as if she were his own. I did not make a mistake in choosing him as my partner; together we have three daughters and two granddaughters who are our reason for being. We do not live in luxury; on the contrary, need was always a topic of conversation. The scarcity of food and medications was a constant concern, not to mention that the roof of our house was falling apart. He held my parents in high regard as if they were his own, and seeing the conditions in which they lived at their advanced age pained him deeply.

When the opportunity to immigrate to the United States presented itself, it was a breath of fresh air for our family, as it would at least allow us to cover medical expenses. My husband, more than thinking of a new life, thought that he could finally help his family. My father was elderly 87-year-old man, bedridden and dependent on medications and food, and my husband, along with my daughter, covered all his needs until his passing. Thanks to them, he had the rest he deserved, and despite the distance, my husband was always by my side at every moment.

I respectfully ask you, honorable Judge Wendy Berger, to have mercy in the sentencing of my husband. My family values him more than anything. Thank you very much for your time and consideration.

Shania Gonzalez-Pardo Mesa                                    03/03/2026

██████████████████████████████

████████████████████

████████████████████████████

Esteemed Judge Wendy Berger:

My name is Shania Gonzalez-Pardo Mesa. I am 26 years old and I am the youngest daughter of the defendant Luis Raul Gonzalez-Pardo Rodriguez. My life experience has been a journey full of learnings. I graduated in medical sciences, but I did not have the opportunity to practice for long due to my immigration to the United States. Immigrating to this country has been one of the biggest challenges I have faced; learning a new language and leaving my family behind, especially my mother, has been the hardest thing I have done. Despite all the difficulties and my father's current situation, I feel great gratitude for this country, which has allowed me to support and improve the living conditions of my family in Cuba.

My father, Luis Raul Gonzalez-Pardo, has always been a present father. He is the person who taught me to read, write, and think for myself. I have never seen my father angry or upset about any situation; he always tries to adapt to his surroundings and sees the positive side. My father took care of me, my sisters, and his nephews in an admirable way. There was no family gathering, school activity, or birthday party where my dad was not present. My house was a humble home, where sometimes we would eat a whole meal only once a day. My father worked tirelessly so that we could have that plate of food on the table. In addition to that, he always tried to entertain us during the endless power outages so that we wouldn't feel the bites of the mosquitoes. Despite this, there were times when he had an expression of sadness about not being able to provide more for his family.

There are many anecdotes I could share about my dad, but there are two that reflect the kind of person he is. The first is during summer vacation when, as a little girl, I finally wanted to go out and explore. My mom tried to explain to me that it wasn't possible, but my dad told me to get ready because we were going out. My father took me to a museum and bought me an ice cream. Later, I learned that my dad only had 20 Cuban pesos in his wallet (20 Cuban pesos are less than one dollar), and he did everything possible to make sure I enjoyed my vacation and didn't notice the scarcity.

The second story is when one of his best friends, Esmerio Muñoz Bacallao, had a serious car accident. My father went to see him in the intensive care unit every day. Despite the efforts of the doctors, due to the shortage of medications and the delayed response of the ambulance after the accident, Esmerio Muñoz passed away seven days after being hospitalized. This was about 10 years ago. Until the last day my dad was in Cuba, he continued visiting and looking out for the well-being of Esmerio's son and wife. My father has always thought of others' well-being before his own. He has always taught me to earn things through my own merit and to be a better person, which is why he is my role model.

Honorable Judge Berger, I respectfully ask for mercy in my father's case. He made a mistake that he is trying to amend. I know that justice must be served above all, but I ask for leniency in your sentence. Thank you very much for your time and consideration.


Respectfully, Shania Gonzalez-Pardo